IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00810 (BNB)

KATHRYN L. PROFFITT,

Plaintiff,

v.

BOB CORNUKE, an individual,
B.A.S.E. INSTITUTE, a Colorado corporation,
ANCHOR PRODUCTIONS, JV, and
GLOBAL PUBLISHING SERVICES, INC.,

Defendants.
_____

**ORDER**
_____

In his order entered September 7, 2005, the district judge stated that "any request for a referral back to settlement with Magistrate Judge Boland will be granted upon filing." Thereafter, on September 23, 2005, the plaintiff filed the "Plaintiff's Request for Referral Back to Settlement With Magistrate Judge Boland" (the "Motion re Settlement"). I granted the Motion re Settlement by an order dated September 26, 2005, and required the parties to submit confidential settlement statements on or before October 10, 2005. The confidential settlement statements have been received, and I have reviewed them.

Based on the positions of the parties as expressed in the confidential settlement statements, a settlement conference at this time would be futile and a waste of resources of the parties and the court. Consequently, I will not require the parties to attend a settlement conference at this time.

If the parties disagree with my current assessment, or should they determine in the future that another settlement conference would be useful, after consultation among the parties and based upon the certification of counsel that they believe in good faith that a settlement conference would be useful, I will consider a motion requesting that I order a third settlement conference.

SO ORDERED.

Dated October 12, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge