IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-810-JLK-BNB**

**KATHRYN L. PROFFITT,**

    Plaintiff,

v.

**BOB CORNUKE, an individual,**
**B.A.S.E. INSTITUTE, a Colorado corporation**,
**ANCHOR PRODUCTIONS, JV, and**
**GLOBAL PUBLISHING SERVICES, INC.**

    Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

In light of Plaintiff Proffitt's Combined Response to the Order to Show Cause and Motion for Reconsideration/Clarification and Request for Evidentiary Hearing (Doc. 124), the matter is **RECONSIDERED** and **CLARIFIED** as follows:

1. The Show Cause Order is **DISCHARGED** pending review of the issues raised by Plaintiff's resubmission of the "apology"-related documents in Exhibit A to her Motion to Dismiss Counterclaims (Doc. 116) by Magistrate Judge Boland.  To wit,

2. Defendant Cornuke's January 4, 2006 Motion to Strike and for Protective Order (Doc. 120) is **REFERRED** to Magistrate Judge Boland for resolution.  The Request for Evidentiary Hearing is **DENIED**, but may be reasserted before the Magistrate Judge.  The Magistrate Judge has authority to consider and impose sanctions for any misconduct he finds has occurred on the part of any of these litigants.

3. Proffitt's Reply in support of her Motion to Dismiss Counterclaims (Doc. 116) remains due on January 24, 2006, as previously ordered.

Dated: January 20, 2006