IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00810-JLK-BNB

KATHRYN L. PROFFITT,

Plaintiff,

v.

BOB CORNUKE, an individual,
B.A.S.E. INSTITUTE, a Colorado corporation,
ANCHOR PRODUCTIONS, JV, and
GLOBAL PUBLISHING SERVICES, INC., and
DOUGLAS SCHERLING, an individual,

Defendants.
_____

**ORDER**
_____

This matter is before me on **The Cornuke Defendants' Motion to Strike Exhibits A-D and F-M to Plaintiff's Motion for Reconsideration or Alternatively to Place This Matter Under Seal** [Doc. # 141, filed 2/9/06] (the "Motion to Strike").  That motion is DENIED as moot.

The Motion to Strike seeks an order striking exhibits attached to a motion for reconsideration.  The district judge recently clarified the status of the case.  *Order Clarifying Pendency of Certain Motions* [Doc. # 170, filed 3/22/06].  Among other things, the district judge made clear that the motion to reconsider was resolved "*in its entirety*," Order Clarifying at ¶1 (original emphasis), and that any additional filings directed at the motion to reconsider "were erroneous."  Id.

Based on the Clarifying Order, I conclude that it is unnecessary either to strike or to seal exhibits filed in connection with a response to a motion which has been fully resolved by the district judge. Accordingly,

IT IS ORDERED that the Motion to Strike is DENIED as moot.

Dated March 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge