IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00810-JLK-BNB

KATHRYN L. PROFFITT,

Plaintiff,

v.

BOB CORNUKE, an individual,
B.A.S.E. INSTITUTE, a Colorado corporation,
ANCHOR PRODUCTIONS, JV, and
GLOBAL PUBLISHING SERVICES, INC., and
DOUGLAS SCHERLING, an individual,

Defendants.
_____

**ORDER**
_____

In view of the parties' resolution of this case:

IT IS ORDERED that (1) **Defendant Bob Cornuke's Motion t Strike and for Protective Order** [Doc. # 120, filed 1/4/06] and (2) **The Cornuke Defendants' Motion for Reconsideration of Order Denying Motion to Place the Evidentiary Hearing Under Seal** [Doc. # 176, filed 3/29/06] are DENIED AS MOOT.

Dated March 31, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge