IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **03-cv-810-JLK**

**KATHRYN L. PROFFITT,**

    Plaintiff,

v.

**BOB CORNUKE, an individual,**
**B.A.S.E. INSTITUTE, a Colorado corporation**,
**ANCHOR PRODUCTIONS, JV, and**
**GLOBAL PUBLISHING SERVICES, INC.**

    Defendants.

---

## ORDER DISMISSING CASE

**Kane, J.**

In light of the parties' Stipulation for Dismissal of Case (Doc. 217), dated August 21, 2006, IT IS ORDERED that this action is **DISMISSED**, with each side to bear their own costs and attorney fees.

Dated at Denver, Colorado this 24th day of August, 2006.

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT COURT JUDGE